NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6104
     Facsimile: (213) 894-3713
     E-mail:    shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-289-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| MICAH TILLMON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn T. Andrews, hereby submits its Opposition to Defendant's Ex Parte Application to Modify Conditions of Release.

The government's Opposition is based on the attached Memorandum

//

//

//

of Points and Authorities, the files and records in this case, and any additional evidence or argument that the Court may wish to consider at a hearing on this matter.

Dated: September 8, 2020         Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/
                                 _____
                                 SHAWN T. ANDREWS
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   ARGUMENT**

As documented in its Application for Review/Reconsideration of Order Setting Conditions of Release (the "Application") filed at Docket Entry ("DE") 10, the government believes that defendant is a danger to the community.  As such, the government sought to protect the community through defendant's pretrial detention because no condition or combination of conditions could reasonably assure the safety of the community.  (See DE 10 at 5-6.)  In a well-reasoned decision, Judge Fischer disagreed with the government and found that there was a condition that could reasonably assure the safety of the community: 24-hour home confinement.  (See DE 15.)  Judge Fischer's decision has proved to be prescient; the community has been safe since defendant's release to 24-hour home confinement.

The government still believes that defendant is a danger to the community because the concerns that the government voiced in the Application still exist today.  (See DE 10 at 5-6.)  Specifically, given defendant's alleged conduct in this case, coupled with the discovery of precursor materials during the execution of the search warrant at his home on July 1, there is a serious possibility that defendant could cause harm to the community if he is allowed to venture outside his home unsupervised.  That possibility is simply too acute to be tolerated and Judge Fischer's decision should not be disturbed.

**II.   CONCLUSION**

For the foregoing reasons, the Court should deny defendant's Ex Parte Application to Modify Conditions of Release.