**FILED**
CLERK, U.S. DISTRICT COURT

08/05/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JBB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>MICAH TILLMON,<br><br>             Defendant. | CR No. 20-00289(A)-MWF<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |

The Acting United States Attorney charges:

[26 U.S.C. § 5861(d)]

On or about June 4, 2020, in Los Angeles County, within the Central District of California, defendant MICAH TILLMON knowingly possessed a destructive device, namely, an incendiary device, that defendant TILLMON knew to be a destructive device, as defined in

//

//

//

1  Title 26, United States Code, Sections 5845(a)(8) and (f), and which
2  had not been registered to defendant TILLMON in the National Firearms
3  Registration and Transfer Record as required by Chapter 53, Title 26,
4  United States Code.

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent and
Organized Crime Section

SHAWN T. ANDREWS
Assistant United States Attorney
Violent and Organized Crime
Section