TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6104
    Facsimile: (213) 894-3713
    E-mail:   shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-289(A)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S REVISED SENTENCING POSITION FOR DEFENDANT MICAH TILLMON |
| v. | |
| MICAH TILLMON, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn T. Andrews, hereby files its Revised Sentencing Position.

    This Revised Sentencing Position is based upon the attached memorandum of points and authorities, the government's previously

//

//

Sentencing Position (Dkt. 74), the files and records in this case, the Second Revised Presentence Investigation Report, and such further evidence and argument as the Court may permit.

Dated: March 30, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

      /s/
SHAWN T. ANDREWS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM**

On March 29, 2022, the United States Probation Office filed its Second Revised Presentence Report ("SRPSR"), which reflects that Liberty Mutual Insurance is now seeking restitution for the full amount it reimbursed Sunny Optometry: $310,857.51.  (Dkt. 83 at 16.)  Accordingly, the government revises the restitution request contained in its Sentencing Position (Dkt. 74 at 13) from $786,881.65 to $1,022,239.16, consistent with the figures contained in the SRPSR. (Dkt. 83 at 16.)  Furthermore, since LCFRE's loss figure is contained in the SRPSR, the government no longer believes a separate restitution hearing under 18 U.S.C. § 3664(d)(5) is necessary.

Dated: March 30, 2022                    Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


        /s/
SHAWN T. ANDREWS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA